**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Lathan Equipment Co., LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1023896** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **56 Church Street**<br>**Le Roy, NY 14482**<br><sub>Number, Street, City, State & ZIP Code</sub> | **P.O. Box 323**<br>**Le Roy, NY 14482**<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub> |
| | | **Genesee**<br><sub>County</sub> | **Location of principal assets, if different from principal place of business**<br><br><sub>Number, Street, City, State & ZIP Code</sub> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **lathandumpster.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 1-22-10186-CLB,    Doc 1,    Filed 03/04/22,    Entered 03/04/22 18:11:55,
Description: Main Document , Page 1 of 48

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____23_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Case 1-22-10186-CLB, Doc 1, Filed 03/04/22, Entered 03/04/22 18:11:55,
Description: Main Document , Page 2 of 48

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| Debtor | | Relationship | |
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

<div style="background:black"> </div> **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  4, 2022**
            MM / DD / YYYY

**X** **/s/ Andrew J. Lathan**                 **Andrew J. Lathan**
  Signature of authorized representative of debtor        Printed name

Title  **Sole Member/President**

---

**18. Signature of attorney**

**X** **/s/ David H. Ealy, Esq.**           Date  **March  4, 2022**
  Signature of attorney for debtor                     MM / DD / YYYY

**David H. Ealy, Esq. 2020832**
Printed name

**CRISTO LAW GROUP LLC**
Firm name

**d/b/a Trevett Cristo**
**Two State Street, Suite 1000**
**Rochester, NY 14614**
Number, Street, City, State & ZIP Code

Contact phone  **(585) 454-2181**      Email address  **dealy@trevettcristo.com**

**2020832 NY**
Bar number and State

Case 1-22-10186-CLB,   Doc 1,   Filed 03/04/22,   Entered 03/04/22 18:11:55,

Official Form 201        Description: Main Document ; Page 5 of 48        page 5
Voluntary Petition for Non-Individuals Filing for Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lathan Equipment Co., LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 4, 2022**     X **/s/ Andrew J. Lathan**
    Signature of individual signing on behalf of debtor

    **Andrew J. Lathan**
    Printed name

    **Sole Member/President**
    Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Lathan Equipment Co., LLC** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Admar Supply 1950 Brighton-Henrietta Town Line Road Rochester, NY 14623-2510 | | Trade Debt | | | | $2,318.00 |
| Amur Equipment Finance PO Box 2555 Grand Island, NE 68801 | | Retail Contract | | $60,390.00 | $55,000.00 | $5,390.00 |
| Bank of America PO Box 15019 Wilmington, DE 19850-5019 | | Credit Card | | | | $6,917.00 |
| Bank of America PO Box 15019 Wilmington, DE 19850-5019 | | Credit Card | | | | $7,094.00 |
| Buckler Transport Inc. 47 Buckler Drive Roulette, PA 16746 | | Trade Debt | | | | $3,000.00 |
| Canandaigua National Bank & Trust Co. 72 South Main Street Canandaigua, NY 14424-1905 | | Credit Card | | | | $2,499.00 |
| Canandaigua National Bank & Trust Co. 72 South Main Street Canandaigua, NY 14424-1905 | | Chexmate Loan | | | | $5,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Canandaigua National Bank & Trust Co. 72 South Main Street Canandaigua, NY 14424-1905 | | Line of credit | | | | $3,896.00 |
| Canandaigua National Bank & Trust Co. 72 South Main Street Canandaigua, NY 14424-1905 | | Chexmate Loan | | | | $5,000.00 |
| Cap 1 Spark AJL PO Box 6492 Carol Stream, IL 60197-6492 | | Credit Card | | | | $7,094.00 |
| Capital One AJL PO Box 6492 Carol Stream, IL 60197-6492 | | Credit Card | | | | $2,622.00 |
| Citi Double Cash Card PO Box 70166 Philadelphia, PA 19176-0166 | | Credit Card | | | | $3,423.00 |
| Cogan Wire and Metal Products 2460 des enterprises Terrebonne, QC J6X4J8 | | Trade Debt | | | | $25,000.00 |
| Custom Milling & Consulting, Inc. PO Box 6224 Wyomissing, PA 19610 | | Trade debt | | | | $4,937.00 |
| Dell Preferred Account PO Box 4603 Carol Stream, IL 60197-6403 | | Computers | | | | $4,477.00 |
| Discover Credit Card PO Box 70176 Philadelphia, PA 19176-0176 | | Credit Card | | | | $5,419.00 |
| First National Bank of Omaha PO Box 2815 Omaha, NE 68103-2818 | | Credit Card | | | | $2,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Infinity Global, LLC P.O. Box 1 Le Roy, NY 14482** | | **Lease Arrears** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $23,151.00 |
| **National Grid PO Box 371376 Pittsburgh, PA 15250-7376** | | **Utilities** | | | | $6,870.00 |
| **Vestil Manufacturing 2999 N. Wayne St. Angola, IN 46703** | | **Equpment** | **Contingent Unliquidated Disputed** | | | $8,500.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **Lathan Equipment Co., LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................    $     **35,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $     **1,205,890.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................    $     **1,240,890.00**

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **525,019.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **12,600.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **137,956.00**

4.   **Total liabilities** ......................................................................
    Lines 2 + 3a + 3b       $     **675,575.00**

Debtor name    **Lathan Equipment Co., LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Canandaigua National Bank & Trust Company | ATM Account | 0107 | $310.00 |
| 3.2. | Canandaigua National Bank & Trust Company | Payroll Account | 0534 | $1,097.00 |
| 3.3. | Canandaigua National Bank & Trust Company | ACH Account | 8212 | $87.00 |
| 3.4. | Canandaigua National Bank & Trust Company | Checking Account | 4431 | $2,513.00 |
| 3.5. | Paypal Bank | Paypal Credit Card Account | Unk | $0.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $4,007.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

Case 1-22-10186-CLB,    Doc 1,   Filed 03/04/22,   Entered 03/04/22 18:11:55,
Description: Main Document  , Page 11 of 48

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 3:</td><td>Accounts receivable</td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **75,983.00** | - | **0.00** = .... | **$75,983.00** |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | Total of Part 3. | **$75,983.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

<table>
<tr><td>Part 4:</td><td>Investments</td></tr>
</table>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 5:</td><td>Inventory, excluding agriculture assets</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** **Steel, truck & equipment parts** | **NA** | **Unknown** | **Liquidation** | **$10,000.00** |

| 23. | Total of Part 5. | **$10,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|
| | ■ No |
| | ☐ Yes |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Case 1-22-10186-CLB,    Doc 1,    Filed 03/04/22,    Entered 03/04/22 18:11:55,
Description: Main Document  , Page 12 of 48

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks, chairs, filing cabinets, work stations, conference room table, bookshelves (5 offices)** | Unknown | Liquidation | $3,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **(3) Desktop computers, (2) copier/printers** | Unknown | Liquidation | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $3,500.00 |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **See Attached Schedule A** | Unknown | Liquidation | $531,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 47.2. | **2020 Ram 2500 -$55,000**<br>**2011 Ford F250 - $20,000**<br>**2015 Chevrolet Silverado - $32,000**<br>**2005 International - $5,000**<br>**2008 Ford F250 - $18,000**<br>**2007 International Rolloff Truck -**<br>**$49,900**<br>**1998 Ford Loader Truck - $68,000**<br>**2007 Ford Chip Truck - $41,500**<br>**2007 Sterling Bucket Truck - $41,500**<br>**2013 International Terastar - $24,000**<br>**1994 International 9400 - $14,000**<br>**1997 Witzco Lowboy - $24,000**<br>**1986 Dorsey Dump Trailer - $12,500**<br>**1986 Freuhoff Trailer - $12,000**<br>**1974 Freuhoff Water Tanker - $5,000**<br>**2003 Mac Walking Floor Trailer - $25,000**<br>**2016 Lowtrail Trailer - $4,500**<br>**2005 GMC 5500 - $15,000**<br>**2000 Chevrolet 2500 Plow Truck - $4,500**<br>**2007 International Salt Truck - $20,000**<br>**2006 Car Trailer - $1,000**<br>**2002 Kenworth Log Truck - $56,000**<br>**2003 International Tanker - $15,000** | Unknown | Replacement | $563,400.00 |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Shop tools, air compressor, pneumatic tools,**<br>**torches, welders, metal forming equipment, (3)**<br>**job boxes, (2) tool boxes, jackhammers, plate**<br>**tampers, chain saws** | Unknown | Liquidation | $18,000.00 |

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | **$1,112,400.00** |
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?**<br>■ No<br>☐ Yes | | | |
| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | | | |

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1+/- Acre Parcel Vacant Land 55 North Street LeRoy, NY 14482** | Fee Owner | Unknown | Comparable sale | $35,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$35,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,007.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $75,983.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,112,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $35,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,205,890.00 | + 91b. $35,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,240,890.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## SCHEDULE A/B - PROPERTY
### Attachment A

| | |
|---|---|
| **1997 Cat 225 excavator** | **$25,000.00** |
| **1997 Gradall Rt Forklift** | **$18,000.00** |
| **2003 JLG Scissors** | **$3,500.00** |
| **2005 Scissorslift** | **$3,500.00** |
| **580 Backhoe** | **$12,500.00** |
| **2020 10' Pushbox** | **$2,500.00** |
| **2020 14" Pushbox** | **$4,500.00** |
| **2020 8' Pushbox** | **$1,000.00** |
| **3 CY Smith Salter** | **$3,000.00** |
| **Hyster Forklift** | **$3,500.00** |
| **Battery Forklift** | **$1,500.00** |
| **220 Dumpster** | **$5,000.00** |
| **125 Dumpster** | **$5,000.00** |
| **615 Dumpster** | **$5,000.00** |
| **2016 Avant Loader** | **$24,000.00** |
| **2016 Bandit Chipper** | **$50,000.00** |
| **Volvo Loader** | **$38,500.00** |
| **Spiderlift** | **$85,000.00** |
| **H&H Trailer Plows** | **$20,000.00** |
| **Rotochopper Grinder** | **$80,000.00** |
| **Carlton Stump Grinder** | **$50,000.00** |
| **Bobcat 8300** | **$55,000.00** |
| **Bobcat & Tubgrinder** | **$35,000.00** |
| | _____ |
| | **$531,000.00** |

Fill in this information to identify the case:

Debtor name **Lathan Equipment Co., LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Amur Equipment Finance**
Creditor's Name

PO Box 2555
Grand Island, NE 68801
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/20**
**Last 4 digits of account number**
**1014**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020 Ram Pick-Up**

Describe the lien
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$60,390.00**    Column B: **$55,000.00**

**2.2  Byline Financial Group**
Creditor's Name

A/R, Bin 88205
Milwaukee, WI 53288
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/21**
**Last 4 digits of account number**
**8659**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Volvo Loader**

Describe the lien
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$36,894.00**    Column B: **$38,500.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 1-22-10186-CLB,    Doc 1,    Filed 03/04/22,    Entered 03/04/22 18:11:55,
Description: Main Document  , Page 18 of 48

| Debtor | **Lathan Equipment Co., LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Canandaigua National Bank & Trust Co.** | Describe debtor's property that is subject to a lien | $604.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**72 South Main Street
Canandaigua, NY
14424-1905**

**2005 International**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred
2017
Last 4 digits of account number
6740**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Channel Partners** | Describe debtor's property that is subject to a lien | $41,724.00 | $75,983.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd. #305
Minnetonka, MN 55305**

**Accounts Receivable**

Creditor's mailing address

**Describe the lien**

**Non-Purchase Money Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred
5/19
Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CIT** | Describe debtor's property that is subject to a lien | $73,960.00 | $85,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801**

**Spyderlift**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security Interest**

**Is the creditor an insider or related party?**

☑ No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**5/19**
**Last 4 digits of account number**
**4000**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CIT** | Describe debtor's property that is subject to a lien | $22,195.00 | $20,000.00 |
|-----|---------|--|--|--|

Creditor's Name

**2011 Ford F250**

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**10/19**
**Last 4 digits of account number**
**4002**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CIT** | Describe debtor's property that is subject to a lien | $19,612.00 | $20,000.00 |
|-----|---------|--|--|--|

Creditor's Name

**H&H Trailer/Plows**

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**9/19**
**Last 4 digits of account number**
**4001**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Citizens Bank** | Describe debtor's property that is subject to a lien | $25,915.00 | $32,000.00 |
|-----|-------------------|--|--|--|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 1-22-10186-CLB,    Doc 1,    Filed 03/04/22,    Entered 03/04/22 18:11:55,
Description: Main Document , Page 20 of 48

Creditor's Name

**2015 Chevrolet Silverado**

**One Citizens Bank Way**
**Johnston, RI 02919**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/19**
**Last 4 digits of account number**
**4424**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Financial Pacific Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | $14,885.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Bandit 1590 Chipper**

**3455 South 344th Way,**
**Suite 300**
**Auburn, WA 98001**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/16**
**Last 4 digits of account number**
**0302**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Navitas Credit Corp** | **Describe debtor's property that is subject to a lien** | $13,450.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**Carlton Stump Grinder**

**PO Box 935204**
**Atlanta, GA 31193-5204**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/17**
**Last 4 digits of account number**
**3857**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**

**Navitas Credit Corp**

Creditor's Name

**PO Box 935204**
**Atlanta, GA 31193-5204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/19**

**Last 4 digits of account number**
**0621**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Bobcat 8300**

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,051.00   $55,000.00

---

**2.1 2**

**Navitas Credit Corp**

Creditor's Name

**PO Box 935204**
**Atlanta, GA 31193-5204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/19**

**Last 4 digits of account number**
**4511**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Rotochopper/Grinder**

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,460.00   $80,000.00

---

**2.1 3**

**Stearns Bank, N.A.**

Creditor's Name

**500 13th Street**
**PO Box 750**
**Albany, MN 56307**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2002 Bobcat skid steer loader and 2000 DuraTech grinder**

**Describe the lien**

$20,226.00   $35,000.00

---

Case 1-22-10186-CLB,   Doc 1,   Filed 03/04/22,   Entered 03/04/22 18:11:55,
Description: Main Document , Page 22 of 48

**Purchase Money Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**
**3/18**

**Last 4 digits of account number**
**4003**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Stearns Bank, N.A.** | | | |
|---|---|---|---|---|

Creditor's Name

**500 13th Street**
**PO Box 750**
**Albany, MN 56307**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2008 Ford F250 pick-up truck; W/2018 Fischer V-Plow; 2018 Bri-Mar T712-6 Tilt Trailer; Western mid-weight plow kit**

$17,203.00          $25,000.00

Describe the lien
**Purchase Money Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known _____

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/18**

**Last 4 digits of account number**
**4004**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Stearns Bank, N.A.** | | | |
|---|---|---|---|---|

Creditor's Name

**500 13th Street**
**PO Box 750**
**Albany, MN 56307**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2007 International hooklift truck model 4300**

$35,304.00          $49,900.00

Describe the lien
**Purchase Money Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known _____

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/19**

**Last 4 digits of account number**
**4005**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

�True **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | | | |
|---|---|---|---|

**Woodhill Capital Corp.**
Creditor's Name

**13 S. Cayuga Rd.
Buffalo, NY 14221**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
5/21**
**Last 4 digits of account number
2021**
**Do multiple creditors have an
interest in the same property?**
■ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien
1998 Ford Loader Truck**

**Describe the lien
Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ **No**
☐ Yes
**Is anyone else liable on this claim?**
■ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,146.00**                    **$68,000.00**

---

| 2.1 7 | | | |
|---|---|---|---|

**Woodhill Capital Corp.**
Creditor's Name

**13 S. Cayuga Rd.
Buffalo, NY 14221**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
8/21**
**Last 4 digits of account number
4021**
**Do multiple creditors have an
interest in the same property?**
■ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien
2007 Ford chip truck/2007 Sterling**

**Describe the lien
Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ **No**
☐ Yes
**Is anyone else liable on this claim?**
■ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$32,000.00**                    **$83,000.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$525,019.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Debtor name  **Lathan Equipment Co., LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $9,600.00 | $9,000.00 |

| | |
|---|---|
| **Internal Revenue Service**<br>**Insolvency Section**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date or dates debt was incurred<br>**12/20** | Basis for the claim:<br>**941 Withholding** |
| Last 4 digits of account number **3896** | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $3,000.00 | $3,000.00 |

| | |
|---|---|
| **NYS Dept. of Tax & Finance**<br>**Attn:  BK Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**12/20** | Basis for the claim:<br>**941 Withholding** |
| Last 4 digits of account number **3896** | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Case 1-22-10186-CLB,    Doc 1,    Filed 03/04/22,    Entered 03/04/22 18:11:55,
Description: Main Document , Page 26 of 48

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,318.00** |
|---|---|---|---|

**Admar Supply**
**1950 Brighton-Henrietta Town Line Road**
**Rochester, NY 14623-2510**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,661.00** |
|---|---|---|---|

**Affirm**
**30 Isabella St.**
**4th Floor**
**Pittsburgh, PA 15212**

Date(s) debt was incurred **2019**

Last 4 digits of account number **BTXC-OVLI**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Finance Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$941.00** |
|---|---|---|---|

**Affirm**
**30 Isabella St.**
**4th Floor**
**Pittsburgh, PA 15212**

Date(s) debt was incurred **2019**

Last 4 digits of account number **MFVO**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Financing Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew J. Lathan**
**33 Munson Street**
**Le Roy, NY 14482**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Member loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,094.00** |
|---|---|---|---|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850-5019**

Date(s) debt was incurred **2019**

Last 4 digits of account number **6571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,917.00** |
|---|---|---|---|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850-5019**

Date(s) debt was incurred **2019**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$627.00** |
|---|---|---|---|

**Batavia Newspaper Corp.**
**PO Box 970**
**Batavia, NY 14021**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

Case 1-22-10186-CLB,   Doc 1,   Filed 03/04/22,   Entered 03/04/22 18:11:55,
Description: Main Document , Page 27 of 48

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- | --- |

**Buckler Transport Inc.**
**47 Buckler Drive**
**Roulette, PA 16746**

Date(s) debt was incurred **2019**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trucking Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
| --- | --- | --- | --- |

**Canandaigua National Bank & Trust Co.**
**72 South Main Street**
**Canandaigua, NY 14424-1905**

Date(s) debt was incurred **2017**

Last 4 digits of account number **3505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Chexmate Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
| --- | --- | --- | --- |

**Canandaigua National Bank & Trust Co.**
**72 South Main Street**
**Canandaigua, NY 14424-1905**

Date(s) debt was incurred **2017**

Last 4 digits of account number **9163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Chexmate Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.00 |
| --- | --- | --- | --- |

**Canandaigua National Bank & Trust Co.**
**72 South Main Street**
**Canandaigua, NY 14424-1905**

Date(s) debt was incurred **2019**

Last 4 digits of account number **3177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,896.00 |
| --- | --- | --- | --- |

**Canandaigua National Bank & Trust Co.**
**72 South Main Street**
**Canandaigua, NY 14424-1905**

Date(s) debt was incurred **2019**

Last 4 digits of account number **2160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,094.00 |
| --- | --- | --- | --- |

**Cap 1 Spark AJL**
**PO Box 6492**
**Carol Stream, IL 60197-6492**

Date(s) debt was incurred **2019**

Last 4 digits of account number **0764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,622.00 |
| --- | --- | --- | --- |

**Capital One AJL**
**PO Box 6492**
**Carol Stream, IL 60197-6492**

Date(s) debt was incurred **2019**

Last 4 digits of account number **4546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**3.15**

Nonpriority creditor's name and mailing address

**Citi Double Cash Card**
**PO Box 70166**
**Philadelphia, PA 19176-0166**

Date(s) debt was incurred **2019**

Last 4 digits of account number **9685**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$3,423.00**

---

**3.16**

Nonpriority creditor's name and mailing address

**Cogan Wire and Metal Products**
**2460 des enterprises**
**Terrebonne, QC J6X4J8**

Date(s) debt was incurred **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.17**

Nonpriority creditor's name and mailing address

**Custom Milling & Consulting, Inc.**
**PO Box 6224**
**Wyomissing, PA 19610**

Date(s) debt was incurred **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$4,937.00**

---

**3.18**

Nonpriority creditor's name and mailing address

**Dell Preferred Account**
**PO Box 4603**
**Carol Stream, IL 60197-6403**

Date(s) debt was incurred **2019**

Last 4 digits of account number **2644**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Computers**

Is the claim subject to offset? ■ No ☐ Yes

**$4,477.00**

---

**3.19**

Nonpriority creditor's name and mailing address

**Discover Credit Card**
**PO Box 70176**
**Philadelphia, PA 19176-0176**

Date(s) debt was incurred **2019**

Last 4 digits of account number **7745**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$5,419.00**

---

**3.20**

Nonpriority creditor's name and mailing address

**Exxon Mobil Credit Card**
**PO Box 78072**
**Phoenix, AZ 85062-8072**

Date(s) debt was incurred **2019**

Last 4 digits of account number **7602**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$1,252.00**

---

**3.21**

Nonpriority creditor's name and mailing address

**First National Bank of Omaha**
**PO Box 2815**
**Omaha, NE 68103-2818**

Date(s) debt was incurred **2019**

Last 4 digits of account number **3177**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,151.00 |
|---|---|---|---|

**Infinity Global, LLC**
P.O. Box 1
Le Roy, NY 14482

Date(s) debt was incurred __2018__

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Lease arrears__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,228.00 |
|---|---|---|---|

**JP Morgan Chase Bank, N.A.**
P.O. Box 15369
Wilmington, DE 19850-5369

Date(s) debt was incurred __2019__

Last 4 digits of account number __7838__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.00 |
|---|---|---|---|

**National Grid**
PO Box 371376
Pittsburgh, PA 15250-7376

Date(s) debt was incurred __2022__

Last 4 digits of account number __8126__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,870.00 |
|---|---|---|---|

**National Grid**
PO Box 371376
Pittsburgh, PA 15250-7376

Date(s) debt was incurred __2022__

Last 4 digits of account number __3255__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.00 |
|---|---|---|---|

**RG&E**
PO Box 847813
Boston, MA 02284-7813

Date(s) debt was incurred __2022__

Last 4 digits of account number __4884__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.00 |
|---|---|---|---|

**RG&E**
PO Box 847813
7813, MA 02284

Date(s) debt was incurred __2022__

Last 4 digits of account number __2725__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Vestil Manufacturing**
2999 N. Wayne St.
Angola, IN 46703

Date(s) debt was incurred __2017__

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Loading Decks__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John C. Palermo, Esq.**<br>**Gallo & Iacovangelo, LLP**<br>**180 Canal View Boulevard, Suite 100**<br>**Rochester, NY 14623** | Line  __3.22__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 12,600.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 137,956.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 150,556.00 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lathan Equipment Co., LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andrew J. Lathan** | **33 Munson St. Le Roy, NY 14482** | **Infinity Global, LLC** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.2 | **Carrie Lathan** | **(Address Unknown)** | **Infinity Global, LLC** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Lathan Equipment Co., LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $112,000.00 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $767,000.00 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other **Operating a Business (estimated)** | $580,000.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | **Covid Grant** | $35,000.00 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | **Covid Grant** | $35,000.00 |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Infinity Global, LLC vs. Lathan Equipment Co., LLC, Andrew Lathan and Carrie Lathan** **E69127** | **Commercial Collection Action/Partnership Dispute** | **New York State Supreme Court** **NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **CRISTO LAW GROUP LLC**<br>**d/b/a Trevett Cristo**<br>**Two State Street, Suite 1000**<br>**Rochester, NY 14614** | **Attorney Fees** | **3/4/2022** | **$10,000.00** |
| | **Email or website address**<br>**dealy@trevettcristo.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Andrew J. Lathan 33 Munson Street Le Roy, NY 14482 | Warehouse 56 Church Street Le Roy, NY 14482 | Miscellaneous hoists, woodworking equipment, crestliner pontoon boat, misc. hand tools, household items | $10,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Jack Lathan 33 Munson Street Le Roy, NY 14482 | Warehouse 56 Church Street Le Roy, NY 14482 | 1977 Ford F250  Pick-Up, 4-wheeler | $12,000.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Case 1-22-10186-CLB,    Doc 1,    Filed 03/04/22,    Entered 03/04/22 18:11:55,
Description: Main Document  , Page 38 of 48

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew J. Lathan | 33 Munson Street<br>Le Roy, NY 14482 | Sole Shareholder/President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Andrew J. Lathan**<br>**33 Munson Street**<br>**Le Roy, NY 14482** | **$27,000.00** | **Calendar Year 2021** | **Wages Earned** |
| **Relationship to debtor**<br>**Sole Member/President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2022**

**/s/ Andrew J. Lathan**                              **Andrew J. Lathan**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Sole Member/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of New York

In re  **Lathan Equipment Co., LLC**                                      Case No. _____
                                            Debtor(s)                     Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **300.00/hr. plus costs and filing fees.** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **Undetermined** |

2.  $ __**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**March  4, 2022**__                                      /s/ David H. Ealy
*Date*                                                       **David H. Ealy, Esq. 2020832**
                                                             *Signature of Attorney*
                                                             **CRISTO LAW GROUP LLC**
                                                             **d/b/a Trevett Cristo**
                                                             **Two State Street, Suite 1000**
                                                             **Rochester, NY 14614**
                                                             **(585) 454-2181  Fax: (585) 454-4026**
                                                             **dealy@trevettcristo.com**
                                                             *Name of law firm*

---

# United States Bankruptcy Court
## Western District of New York

In re    **Lathan Equipment Co., LLC**               Case No.                        
_____                 
Debtor(s)              Chapter     **11**                 

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Andrew J. Lathan**<br>**56 Church Street**<br>**Le Roy, NY 14482** | **NA** | **NA** | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Sole Member/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March  4, 2022**                        Signature    **/s/ Andrew J. Lathan** _____
                                                            **Andrew J. Lathan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re __Lathan Equipment Co., LLC_____     Case No. _____
                                        Debtor(s)              Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:  __March  4, 2022_____          __/s/ Andrew J. Lathan_____
                                           **Andrew J. Lathan/Sole Member/President**
                                           Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Admar Supply
1950 Brighton-Henrietta Town Line Road
Rochester, NY 14623-2510


Affirm
30 Isabella St.
4th Floor
Pittsburgh, PA 15212


Amur Equipment Finance
PO Box 2555
Grand Island, NE 68801


Andrew J. Lathan
33 Munson Street
Le Roy, NY 14482


Andrew J. Lathan
33 Munson St.
Le Roy, NY 14482


Bank of America
PO Box 15019
Wilmington, DE 19850-5019


Batavia Newspaper Corp.
PO Box 970
Batavia, NY 14021


Buckler Transport Inc.
47 Buckler Drive
Roulette, PA 16746


Byline Financial Group
A/R, Bin 88205
Milwaukee, WI 53288


Canandaigua National Bank & Trust Co.
72 South Main Street
Canandaigua, NY 14424-1905


Cap 1 Spark AJL
PO Box 6492
Carol Stream, IL 60197-6492

Capital One AJL
PO Box 6492
Carol Stream, IL 60197-6492


Carrie Lathan
(Address Unknown)


Channel Partners
11100 Wayzata Blvd. #305
Minnetonka, MN 55305


CIT
155 Commerce Way
Portsmouth, NH 03801


Citi Double Cash Card
PO Box 70166
Philadelphia, PA 19176-0166


Citizens Bank
One Citizens Bank Way
Johnston, RI 02919


Cogan Wire and Metal Products
2460 des enterprises
Terrebonne, QC J6X4J8


Custom Milling & Consulting, Inc.
PO Box 6224
Wyomissing, PA 19610


Dell Preferred Account
PO Box 4603
Carol Stream, IL 60197-6403


Discover Credit Card
PO Box 70176
Philadelphia, PA 19176-0176


Exxon Mobil Credit Card
PO Box 78072
Phoenix, AZ 85062-8072

Financial Pacific Leasing, Inc.
3455 South 344th Way, Suite 300
Auburn, WA 98001


First National Bank of Omaha
PO Box 2815
Omaha, NE 68103-2818


Infinity Global, LLC
P.O. Box 1
Le Roy, NY 14482


Internal Revenue Service
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346


John C. Palermo, Esq.
Gallo & Iacovangelo, LLP
180 Canal View Boulevard, Suite 100
Rochester, NY 14623


JP Morgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369


National Grid
PO Box 371376
Pittsburgh, PA 15250-7376


Navitas Credit Corp
PO Box 935204
Atlanta, GA 31193-5204


NYS Dept. of Tax & Finance
Attn: BK Unit
P.O. Box 5300
Albany, NY 12205


RG&E
PO Box 847813
Boston, MA 02284-7813

RG&E
PO Box 847813
7813, MA 02284


Stearns Bank, N.A.
500 13th Street
PO Box 750
Albany, MN 56307


Vestil Manufacturing
2999 N. Wayne St.
Angola, IN 46703


Woodhill Capital Corp.
13 S. Cayuga Rd.
Buffalo, NY 14221

# United States Bankruptcy Court
## Western District of New York

In re   **Lathan Equipment Co., LLC**         Case No.                           

                                    Debtor(s)                 Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lathan Equipment Co., LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 4, 2022** | **/s/ David H. Ealy, Esq.** |
| Date | **David H. Ealy, Esq. 2020832** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Lathan Equipment Co., LLC** |
| | **CRISTO LAW GROUP LLC** |
| | **d/b/a Trevett Cristo** |
| | **Two State Street, Suite 1000** |
| | **Rochester, NY 14614** |
| | **(585) 454-2181 Fax:(585) 454-4026** |
| | **dealy@trevettcristo.com** |