UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                              CHAPTER 11

    LATHAN EQUIPMENT CO., LLC,              BK. NO. 22-10186

    Debtor.

## CERTIFICATE OF SERVICE

The undersigned who is not a party to this action does hereby certify that on March 25, 2022, he/she caused to be served the within **AMENDED SCHEDULE E/F** by depositing a true copy thereof in a postage-prepaid, properly addressed Federal Express envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York, to the persons on the attached mailing matrix.

Dated: March 25, 2022
       Rochester, NY

                                        Rachel L. Kernan

Case 1-22-10186-CLB, Doc 51, Filed 03/25/22, Entered 03/25/22 16:07:06, Description: Main Document , Page 1 of 2

Affirm
30 Isabella St.
4th Floor
Pittsburgh, PA 15212


Bank of America
PO Box 15019
Wilmington, DE 19850-5019


Capital One AJL
PO Box 6492
Carol Stream, IL 60197-6492


Discover Credit Card
PO Box 70176
Philadelphia, PA 19176-0176


Exxon Mobil Credit Card
PO Box 78072
Phoenix, AZ 85062-8072


First National Bank of Omaha
PO Box 2815
Omaha, NE 68103-2818


JP Morgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850-5369