DocuSign Envelope ID: F746CD57-D18E-4BEE-A78E-F1E6BC68C15D

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re  LATHAN EQUIPMENT CO., LLC

Case No. 22-10186
Chapter 11

Debtor(s)

## DEBTOR'S FINAL/POST CONFIRMATION REPORT AND ACCOUNT IN A CHAPTER 11 CASE

The (Post-Confirmation) (Final) Report and Account of  Lathan Equipment Co, LLC  shows and alleges that:

I. PRIORITY PAYMENTS OF NON-OPERATING
ADMINISTRATIVE EXPENSES §507(a)(1)

|   | | Paid to Date | Balance Due |
|---|---|---|---|
| A. | Trustee (Chapter 11) Commissions (Do not report UST quarterly fees on this line) | $ 0 | $ 0 |
| B. | Accountant's Fees | 0 | 0 |
| C. | Attorney's Fees for Creditors Committee | 0 | 0 |
| D. | Auctioneer's Fees | 0 | 0 |
| E. | Attorney Fees for Chapter 11 Trustee | 0 | 0 |
| F. | Attorney Fees for Debtor | 0 | 34,069 |
| G. | Other Attorney Fees (specify) | 0 | 0 |
| H. | Taxes, Fines, Penalties, etc. (§503(b)(1)(B) & (C)) | 0 | 0 |
| I. | Other Non-Operating Expenses of Administration (specify) | 0 | 0 |
| J. | Appraiser's Fees | 0 | 0 |

II. OTHER PRIORITY EXPENSES

|   | | % payment provided in plan | Total amount of claims allowed | Paid to Date | Balance |
|---|---|---|---|---|---|
| A. | Post involuntary Petition, Pre-Relief, etc. claims [§507(a)(2)] | | 0 | $ | $ |
| B. | Wages, Etc. [§507(a)(3)] | | 0 | $ | $ |
| C. | Contributions to Employee Benefit Plans [§507(a)(4)] | | 0 | $ | $ |
| D. | Deposits for Undelivered Service of Property [§507(a)(5)] | | 0 | $ | $ |
| E. | Taxes [§507(a)(6)] | 100 | 1507 | $ 1507 | $ 0 |

| III. | PAYMENTS TO CREDITORS | % payment provided in plan | Total amount of claims allowed | Paid to Date | Balance Due |
|---|---|---|---|---|---|
| | A. Holders of Secured Claims: | | | | |
| | (1) Class See | Attached | Sheet | | |
| | (2) Class | | | | |
| | (3) Other (specify) | | | | |
| | B. Holders of Unsecured Claims: | | | | |
| | (1) Class 17 | 100 | 84325 | 0 | 84325 |
| | (2) Class | | | | |
| | (3) Other | | | | |

C. Attach statement listing each class of equity holders and amount(s) paid to each and every class of equity holders. If no equity holders, please indicate such.

D. Exemptions Claimed by Debtor and not disallowed — 0

E. Other Distributions — 0

F. Surplus Returned to Debtor — 0

IV. TRUSTEE DISBURSEMENTS

A. Portion of Total Distribution other than surplus (III-F), exemptions, or other monies paid to the debtor disbursed by Chapter 11 Trustee — 0

B. Operating Expenses Disbursed by Chapter 11 Trustee — 0

V. VALUE OF CERTAIN ABANDONED OR EXEMPT PROPERTY

Value of Abandoned Property or property set apart as exempt on which a security was attached. $ 0

VI. ESTIMATED DATE OF FINAL PAYMENT UNDER PLAN: March (month) 2031 (year)

VII. SPECIFY OTHER RELEVANT ACTION TAKEN AND PROGRESS MADE IN CONSUMMATION OF PLAN BELOW AND ON ATTACHMENTS:

### CERTIFICATION

I, Andrew J. Lathan, Managing Member (title) of (for debtor), certify under penalty of perjury that the information contained in the [Post-Confirmation] [Final] Report is truthful, complete and accurate to the best of my knowledge; and that this report has been duly transmitted to the court as required by the Local Rules of the Court.

Dated: March 7, 2024

Signed: Andrew J. Lathan
Printed Name and Title: Andrew J. Lathan, Managing Member
Business Phone: (585) 721-1954

LATHAN EQUIPMENT CO., LLC
BK No. 22-10186

| III PAYMENTS TO CREDITORS | % Payment Provided In Plan | Total Amount of Claims Allowed | Paid to Date | Balance Due (Est.) |
|---|---|---|---|---|
| A. Holders of Secured Claims (cont.) | | | | |
| 1. Class 1 | 100 | $40,916.00 | $6,180.00 | $37,412.00 |
| 2. Class 2 | 100 | $36,894.00 | $5,562.00 | $33,744.00 |
| 3. Class 3 | 100 | $73,960.00 | $10,053.00 | $68,744.00 |
| 4. Class 4 | 100 | $19,612.00 | $2,644.00 | $18,251.00 |
| 5. Class 5 | 100 | $22,195.00 | $3,015.00 | $20,631.00 |
| 6. Class 6 | 100 | $25,485.00 | $3,465.00 | $23,687.00 |
| 7. Class 7 | 100 | $14,651.00 | $1,998.00 | $13,611.00 |
| 8. Class 8 | 100 | $14,723.00 | $2,166.00 | $13,520.00 |
| 9. Class 9 | 100 | $58,740.00 | $8,643.00 | $50,097.00 |
| 10. Class 10 | 100 | $40,797.00 | $6,003.00 | $37,462.00 |
| 11. Class 11 | 100 | $20,619.00 | $3,120.00 | $18,847.00 |
| 12. Class 12 | 100 | $16,766.00 | $2,286.00 | $15,576.00 |
| 13. Class 13 | 100 | $34,597.00 | $4,642.00 | $32,018.00 |
| 14. Class 14 | 100 | $20,146.00 | $3,050.00 | $18,413.00 |
| 15. Class 15 | 100 | $32,000.00 | $4,347.00 | $17,116.00 |
| 16. Class 16 | 100 | $50,064.00 | $10,271.00 | $43,769.00 |
| | | $522,165.00 | $77,645.00 | $462,898.00 |